FILED
September 22, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D17

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Central Valley Food Services, Inc. | **Case No :** | 09-40214 - C - 11 |
| | | **Date :** | 9/22/09 |
| | | **Time :** | 8:45 |

**Matter :** [1] - Chapter 11 Voluntary Petition. Missing Document(s): Statement of Financial Affairs; Attorney Disclosure Statement; Summary of schedules; Schedule A - Real Property; Schedule B - Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; List of Equity Security Holders; Statement Regarding Ownership of Corporate Debtor; Document(s) due by 10/5/2009. (Originally filed in the Eastern District of California/Fresno Division. Filing Fee Paid $1039.00, Receipt Number 1-9-014435.) (lmus) Modified on 9/21/2009 (lmus).

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
Debtor(s) Attorney - Merle Meyers; Michelle Thompson
(by phone) Creditor - Todd Burgess; Alan Tippie; John Clemency; Peter Duncan
U.S. Trustee - Antonia Darling
Creditor - Brian Bobb; Kevin Collis; Ken Brown; R. Dale Ginter; Donna Parkinson
Trustee - Steven Victor; Donald Fitzgerald (Kobra Properties Case)

## CIVIL MINUTE ORDER

IT IS ORDERED that a Chapter 11 Trustee be appointed.

Dated: September 22, 2009

_____
United States Bankruptcy Judge